In the Matter of Proceedings Supplementary to Execution, under a Judgment in Favor of NEW ENGLAND EQUITABLE INSURANCE COMPANY, Respondent, v. JOSEPH E. BLANC, Appellant.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM J. PINCKNEY, as Executor, etc., of KATE E. LYON, Deceased. ORIENT C. PINCKNEY and Another, Respondents, v. WILLIAM J. PINCKNEY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN EICHLER BREWING COMPANY, Respondent, v. PHILIP M. SENK and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FRANK KREFETZ, Respondent, v. GEORGE GOTTLIEB and Another, Appellants. — Motion for extension of time to answer granted, on condition that the case be brought on for argument on Friday, November 17, 1922; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FRANK LIEBERMAN, an Infant, etc., Respondent, v. ROMEO MARCH, Appellant.— Motion to dismiss appeal denied on condition that appellant pay twenty-five dollars, together with ten dollars costs of the motion, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SAUL LIEBERMAN, Respondent, v. ROMEO MARCH, Appellant.— Motion to dismiss appeal denied on condition that appellant pay twenty-five dollars, together with ten dollars costs of the motion, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CATHERINE V. MANNING, Respondent, v. MARY LEONE, Appellant.— Motion to resettle order granted, and order resettled by inserting therein the date of December 11, 1922, at twelve o'clock, noon, as the time for closing title. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LOULA MAC McLEAN, Appellant, v. JOHN C. CLARK and THE FARMERS LOAN AND TRUST COMPANY, etc., Respondents.— Motion to vacate order dismissing appeal denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NEW YORK AND RICHMOND GAS COMPANY, Respondent, v. LEWIS NIXON and Others, Appellants.— Motion to dismiss appeal granted, on the ground that the city of New York is not aggrieved. (See *Morrell* v. *Brooklyn Borough Gas Co., No. 2*, 231 N. Y. 405.) Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

KATHERINE PATSCHKE, Respondent, v. ALLEN SIMONDS, Appellant.— Motion to dismiss appeal denied on condition that appellant pay ten dollars costs of the motion, perfect the appeal, and be ready for argument on the first day of the December term, for which date this case is set down; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FREDERICK ROEMMELE, Respondent, v. IVAN SHESTACOVSKY, Appellant, and